Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-03918-JST |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; [PROPOSED] ORDER** |
| vs. | |
| DAVID & ESPERANZA CHAVEZ FAMILY LIMITED PARTNERSHIP dba CHAVEZ SUPERMARKET, et al., | |
| Defendants. | |

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, David & Esperanza Chavez Family Limited Partnership dba Chavez Supermarket; Chavez Supermarket Holding Corp. dba Chavez Supermarket; John E. McNellis, Trustee of the McNellis Family Trust u/a dated October 6, 1993; Michele R. McNellis, Trustee of the McNellis Family Trust u/a dated October 6, 1993; and Michael S. Powers, Trustee of the Erik Ragnar McNellis Trust dated December 1, 2012, as Trustee of the Jamie Taylor McNellis Trust dated December 1, 2012, as Trustee of the Jennifer Dalton McNellis Trust dated December 1, 2012, and as Trustee of the Courtney Blaine McNellis Trust dated December 1, 2012 (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendants denied her full and equal access to their public accommodation on account of her disabilities in violation of Title

III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2. The Court has ordered that the Parties conduct a joint site inspection of the subject property on or before October 24, 2017 (Dkt. 4).

3. The Parties are engaging in settlement discussions and wish to avoid incurring additional attorney's fees and costs incident to attending the joint site inspection while settlement efforts are being exhausted.

4. The Parties have agreed to conduct the joint site inspection on November 21, 2017 at 2:00 p.m. if the matter does not settle prior to that time, subject to the Parties' reservation to further modify the date if necessary.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to November 21, 2017, with all dates triggered by that deadline continued accordingly.

**IT IS SO STIPULATED.**

Dated: October 24, 2017          MISSION LAW FIRM, A.P.C.

                                 */s/ Zachary M. Best*
                                 Zachary M. Best
                                 Attorneys for Plaintiff,
                                 Francisca Moralez

Dated: October 24, 2017          HOPKINS & CARLEY

                                 */s/ Shirley E. Jackson*
                                 Shirley E. Jackson
                                 Attorneys for Defendants,
                                 David & Esperanza Chavez Family Limited
                                 Partnership dba Chavez Supermarket; Chavez
                                 Supermarket Holding Corp. dba Chavez
                                 Supermarket; John E. McNellis, Trustee of the
                                 McNellis Family Trust u/a dated October 6, 1993;
                                 Michele R. McNellis, Trustee of the McNellis

Family Trust u/a dated October 6, 1993; Michael S. Powers, Trustee of the Erik Ragnar McNellis Trust dated December 1, 2012, as Trustee of the Jamie Taylor McNellis Trust dated December 1, 2012, as Trustee of the Jennifer Dalton McNellis Trust dated December 1, 2012, and as Trustee of the Courtney Blaine McNellis Trust dated December 1, 2012

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff
Francisca Moralez

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to November 21, 2017, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: October 25, 2017

HON. JON S. TIGAR
United States District Judge