1  Zachary M. Best, SBN 166035
   Tanya E. Moore, SBN 206683
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   E-mail: service@mission.legal
5
   Attorneys for Plaintiff
6  Francisca Moralez

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

11 FRANCISCA MORALEZ,                )   No. 3:17-cv-03918-JST
                                     )
12         Plaintiff,                )   **STIPULATION TO EXTEND DEADLINE
                                     )   TO COMPLETE JOINT SITE
13     vs.                           )   INSPECTION REQUIRED BY GENERAL
                                     )   ORDER 56; [PROPOSED] ORDER**
14 DAVID & ESPERANZA CHAVEZ FAMILY   )
   LIMITED PARTNERSHIP dba CHAVEZ    )
15 SUPERMARKET, et al.,              )
                                     )
16                                   )
           Defendants.               )
17 _____  )

STIPULATION TO CONTINUE DEADLINE FOR JOINT SITE INSPECTION; [PROPOSED] ORDER
714\2854340.2

**STIPULATION**

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, David & Esperanza Chavez Family Limited Partnership dba Chavez Supermarket; Chavez Supermarket Holding Corp. dba Chavez Supermarket; John E. McNellis, Trustee of the McNellis Family Trust u/a dated October 6, 1993; Michele R. McNellis, Trustee of the McNellis Family Trust u/a dated October 6, 1993; and Michael S. Powers, Trustee of the Erik Ragnar McNellis Trust dated December 1, 2012, as Trustee of the Jamie Taylor McNellis Trust dated December 1, 2012, as Trustee of the Jennifer Dalton McNellis Trust dated December 1, 2012, and as Trustee of the Courtney Blaine McNellis Trust dated December 1, 2012 (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS,** this action arises out of the claims of Plaintiff's claims that Defendants denied her full and equal access to their public accommodation on account of her disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters;

**WHEREAS,** on October 25, 2017, the Court granted the Parties' stipulation to extend the deadline to complete the joint site inspection of the subject property as required by General Order 56 until November 21, 2017 (Dkt. 23);

**WHEREAS,** the Parties had agreed to conduct the joint site inspection on December 12 at 9:30 a.m. unless the matter fully settles by that time;

**WHEREAS,** because the Parties have reached settlement agreement (both injunctive relief and monetary damages) and are in the process of circulating the written settlement agreement for signatures, the Parties wish to avoid incurring additional and unnecessary attorney's fees and costs incident to attending the joint site inspection;

**WHEREAS,** the Parties have agreed to reschedule the joint site inspection to January 11, 2018 at 2:00 p.m.;

STIPULATION TO CONTINUE DEADLINE FOR JOINT SITE INSPECTION; [PROPOSED] ORDER
714\2854340.2

**NOW, THEREFORE,** the Parties stipulate to extend the deadline to conduct the joint site inspection required by General Order 56 and this Court's Scheduling Order to January 16, 2018, with all dates triggered by that deadline continued accordingly, subject to the Parties' reservation to further modify the date if necessary.

**IT IS SO STIPULATED.**

Dated: December 12, 2017     MISSION LAW FIRM, A.P.C.

*Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Francisca Moralez

Dated: December 12, 2017     HOPKINS & CARLEY

*Shirley E. Jackson*
Shirley E. Jackson
Attorneys for Defendants,
David & Esperanza Chavez Family Limited Partnership dba Chavez Supermarket; Chavez Supermarket Holding Corp. dba Chavez Supermarket; John E. McNellis, Trustee of the McNellis Family Trust u/a dated October 6, 1993; Michele R. McNellis, Trustee of the McNellis Family Trust u/a dated October 6, 1993; and Michael S. Powers, Trustee of the Erik Ragnar McNellis Trust dated December 1, 2012, as Trustee of the Jamie Taylor McNellis Trust dated December 1, 2012, as Trustee of the Jennifer Dalton McNellis Trust dated December 1, 2012, and as Trustee of the Courtney Blaine McNellis Trust dated December 1, 2012

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*Shirley E. Jackson*
Shirley E. Jackson
Attorneys for Defendants

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection required by General Order 56 and this Court's Scheduling Order is extended to January 16, 2018, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: December 12, 2017

HON. JON S. TIGAR
United States District Judge