1  Zachary M. Best, SBN 166035
   Tanya E. Moore, SBN 206683
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff,
6  Francisca Moralez

7
## UNITED STATES DISTRICT COURT
8
## NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-03918-JST |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| DAVID & ESPERANZA CHAVEZ FAMILY LIMITED PARTNERSHIP dba CHAVEZ SUPERMARKET; CHAVEZ SUPERMARKET HOLDING CORP. dba CHAVEZ SUPERMARKET; JOHN E. McNELLIS, Trustee of the McNELLIS FAMILY TRUST u/a dated October 6, 1993; MICHELE R. McNELLIS, Trustee of the McNELLIS FAMILY TRUST u/a dated October 6, 1993; MICHAEL S. POWERS, Trustee of the ERIK RAGNAR McNELLIS TRUST dated December 1, 2012, as Trustee of the JAMIE TAYLOR McNELLIS TRUST dated December 1, 2012, as Trustee of the JENNIFER DALTON McNELLIS TRUST dated December 1, 2012, and as Trustee of the COURTNEY BLAINE McNELLIS Trust dated December 1, 2012; | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, Plaintiff Francisca Moralez and Defendants, David & Esperanza Chavez Family Limited Partnership

1  dba Chavez Supermarket; Chavez Supermarket Holding Corp. dba Chavez Supermarket; John
2  E. McNellis, Trustee of the McNellis Family Trust u/a dated October 6, 1993; Michelle R.
3  McNellis, Trustee of the McNellis Family Trust u/a dated October 6, 1993; and Michael S.
4  Powers, Trustee of the Erik Ragnar McNellis Trust dated December 1, 2012, as Trustee of the
5  Jamie Taylor McNellis Trust dated December 1, 2012, as Trustee of the Jennifer Dalton
6  McNellis Trust dated December 1, 2012, and as Trustee of the Courtney Blaine McNellis Trust
7  dated December 1, 2012, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the
8  above-captioned action is hereby dismissed with prejudice in its entirety. Each party is to bear
9  her/his/its own attorneys' fees, experts' fees, and costs.

Dated: January 18, 2018                MISSION LAW FIRM, A.P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Francisca Moralez

Dated: January 18, 2018                HOPKINS & CARLEY

*/s/ Shirley E. Jackson*
Shirley E. Jackson
Attorneys for Defendants,
David & Esperanza Chavez Family Limited Partnership dba Chavez Supermarket; Chavez Supermarket Holding Corp. dba Chavez Supermarket; John E. McNellis, Trustee of the McNellis Family Trust u/a dated October 6, 1993; Michelle R. McNellis, Trustee of the McNellis Family Trust u/a dated October 6, 1993; Michael S. Powers, Trustee of the Erik Ragnar McNellis Trust dated December 1, 2012, as Trustee of the Jamie Taylor McNellis Trust dated December 1, 2012, as Trustee of the Jennifer Dalton McNellis Trust dated December 1, 2012, and as Trustee of the Courtney Blaine McNellis Trust dated December 1, 2012